UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80918-CIV-MARRA/WHITE

LAWRENCE LEE JONES,

    Petitioner,

vs.

WALTER A. MCNEIL,

    Respondent.
_____/

**FINAL JUDGMENT DENYING PETITIONER RELIEF**

    For the reasons stated in the Report of the Magistrate Judge and upon independent de novo review of the file, and over the objections filed, it is **ORDERED AND ADJUDGED** as follows:

    1)    The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is denied.[1]

    2)    All motions not otherwise ruled upon are dismissed as moot.

---

[1] The Court notes that in his objections, Petitioner repeatedly asserts that the allegations in his Petition must be taken as true. While this assertion is true at the pleading stage of a proceeding, it is not true at when a court makes a decision on a full record. At that point, the court may draw conclusions inconsistent with the allegations of the petition if supported by evidence in the record. The findings and conclusions of the Magistrate Judge and this Court are based on a full record. The Court was free to reach conclusions contrary to Petitioner's assertions supported by the record.

3) The case is closed.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 28th day of May 2008.

_____
KENNETH A. MARRA
United States District Judge

copies to:

Louis Ragonese, pro se

Robert J. Lehner, AUSA

Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303